OPHELIA LATORRACA, complainant-appellant,

*v.*

NICOLA LATORRACA et al., defendants-respondents.

[Argued February 8th, 1943. Decided April 30th, 1943.]

*Mr. Milton M. Unger,* for the complainant-appellant.

*Messrs. Lum, Fairlie & Wachenfeld (Mr. Ralph E. Lum* and *Mr. Joseph J. Biunno),* for the respondent Joseph Latorraca.

*Mr. Nathan A. Whitfield,* guardian, *pro se.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow and reported at *132 N. J. Eq. 40.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, WELLS, RAFFERTY, JJ. 10.

*For reversal*—None.